UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| COLIN ROSS, on Behalf of Himself § <br> and All Others Similarly Situated § <br> § <br> v. § <br> § <br> SHERMAN HEMP, LLC, ET AL. § <br> § | CIVIL NO. 4:21-CV-986-SDJ |

### ORDER GRANTING JOINT MOTION WITH APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

ON THIS DATE, the Court considered the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice ("the Motion"). After reviewing the Motion, the pleadings, and the evidence, noting that the parties have agreed upon the terms and conditions of the Confidential Settlement Agreement and Release of All Claims ("Settlement Agreement"), and that the Settlement Agreement is in the best interest of Plaintiff and Defendants, this Court is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is hereby **GRANTED** and the Settlement Agreement entered into by the parties in the above captioned case is hereby **APPROVED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all claims that have been alleged or could have been alleged against Defendants be, and are hereby, **DISMISSED with prejudice** to the refiling of same, with all costs taxed against the party incurring them. This Order disposes of all parties, issues, and claims before the Court in this cause, and is a final, appealable order.

**So ORDERED and SIGNED this 27th day of April, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE